UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darrien Harris,

    Plaintiff,

v.

SLH Transport, Inc., et al.,

    Defendants.

Case No. 17-cv-13227
Hon. Matthew F. Leitman

_____/

# ORDER DENYING DEFENDANT FROZEN FOOD EXPRESS'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF #30), TEMPORARILY STAYING ACTION, AND VACATING DATES ON MOST RECENT AMENDED CASE MANAGEMENT ORDER (ECF #39)

On September 4, 2019, the Court held a hearing on Defendant Frozen Food Express's Motion for Partial Summary Judgment (ECF #30). For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

1. The Motion for Partial Summary Judgment is DENIED;

2. This action is STAYED until **November 4, 2019**.

3. All dates on the most recent Amended Case Management Order (ECF #39) are VACATED. The Court will address the schedule at the Status Conference to be held on **November 4, 2019**.

    **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: September 11, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 11, 2019, by electronic means and/or ordinary mail.

                                                                      s/Holly A. Monda  
                                                                       Case Manager  
                                                                       (810) 341-9764