UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIEN HARRIS,

        Plaintiff,               Case No. 17-cv-13227
                                           Hon. Matthew F. Leitman

v.

SLH TRANSPORT, INC., a foreign
corporation, FROZEN FOOD EXPRESS,
a foreign corporation, and FIKRET
MARKISIC, jointly and severally,

        Defendants.
_____

## **ORDER EXTENDING STAY**

**IT IS HEREBY ORDERED** that the STAY in this matter is extended to January 14, 2020; and

**IT IS FURTHER ORDERED** that the Court will schedule a Status Conference to determine whether the case should continue to be STAYED and to address scheduling dates after January 14, 2020.

**IT IS SO ORDERED**.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: November 14, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2019, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (810) 341-9764